# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 20, 2011

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 11-10072-D
Case Style: Thomas Bush v. J.D. Bush, et al
District Court Docket No: 1:10-cv-02911-RWS

The following action has been taken in the referenced case:

The enclosed order has been ENTERED.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Mildred Norwood, D
Phone #: (404) 335-6185

MOT-2 Notice of Court Action

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 11-10072-D

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

MAY 2 0 2011

JOHN LEY
CLERK

THOMAS K. BUSH,

Plaintiff-Appellant,

versus

ESTATE OF J.D. BUSH,
ESTATE OF OSCAR L. BUSH,
BUSH BROTHERS & COMPANY,
subsidiaries and related trusts,
JOHN R. BUSH,
NANCY J. BUSH, et al.,

Defendants-Appellees.

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAY 2 3 2011

JAMES N. HATTEN, CLERK
By: Deputy Clerk

Appeal from the United States District Court for the
Northern District of Georgia

Before EDMONDSON, CARNES, and PRYOR, Circuit Judges.

BY THE COURT:

Appellant's April 12, 2011, motion for reconsideration of our April 4, 2011, order dismissing this appeal for lack of jurisdiction, is DENIED.

A True Copy - Attested:
Clerk, U. S. Court of Appeals,
Eleventh Circuit
By: Deputy Clerk
Atlanta, Georgia